■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM LA MARION, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for reconsideration of a motion denying permission to appeal as a poor person and for assignment of counsel on an appeal from an order of the Supreme Court, Clinton County, which denied an application for an order to show cause. Motion for reconsideration denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of MARTIN X. SOSTRE, Petitioner, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for permission to prosecute appeal as a poor person denied on the ground no appeal lies from a denial of an order to show cause. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LA RUSSO, Appellant.— Application for an extension of time within which to perfect appeal in a criminal case. Application granted and time extended for 90 days. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLIE STRONG, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion, in all other respects, denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT T. HABER, Appellant.— Application for an extension of time within which to perfect appeal from a denial of a writ of habeas corpus. Application denied on the ground that habeas corpus is a civil remedy and an extension under the Code of Criminal Procedure is not necessary. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of KENNETH O. SMITH, as Treasurer of New York Fire Insurance Rating Organization, Petitioner, against JULIUS S. WIKLER, as Superintendent of Insurance of the State of New York, et al., Respondents.— Motion by Chubb & Son, on behalf of Federal, Vigilant & Sea Insurance Company, for leave to file a brief *amicus curiæ* granted. Motion by National Association of Independent Insurers for leave to file a brief *amicus curiæ* granted. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE PINKNEY, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted, provided an appeal has been timely taken. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS FOX, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.